The record reveals that no error of law appears and that the judgment is supported by substantial evidence and is not against the weight of the evidence. An opinion would have no precedential value.

The judgment is affirmed in compliance with Rule 84.16(b).

All concur.

---

**In re MARRIAGE OF Harold G. DIETER and Clementine D. Dieter.**

**Harold G. Dieter,
Petitioner-Appellant,**

**and**

**Clementine D. Dieter, Respondent.**

**No. 14766.**

Missouri Court of Appeals,
Southern District,
Division Two.

Nov. 17, 1986.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Dec. 8, 1986.

Don M. Henry, West Plains, for petitioner-appellant.

W. Swain Perkins, Thayer, for respondent.

PER CURIAM:

Appellant appeals from a decree dissolving the parties' marriage. He contends that the trial court abused its discretion in dividing the marital property and in ordering him to pay respondent's attorney fee of $1,500.